UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GISELA AGUIRRE,<br><br>   Plaintiff,<br><br>v.<br><br>NATIONAL CREDIT CONTROL AGENCY, INC.,<br><br>   Defendant. | Case No. 1:19-cv-00750-DAD-EPG<br><br>ORDER RE: NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE<br><br>(ECF Nos. 6, 7) |

On July 1, 2019, Plaintiff, Gisela Aguirre, filed a notice of voluntary dismissal of entire action without prejudice. (ECF No. 6.) On July 2, 2019, Plaintiff filed a notice of *errata*, notifying the Court that the voluntary dismissal was erroneously filed as a dismissal without prejudice, and that the dismissal should, instead, be with prejudice. (ECF No. 7.) Defendants have not filed either an answer or a motion for summary judgment. Accordingly, in light of the notice and notice of *errata*, the case has ended and is dismissed with prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). The Clerk of the Court is respectfully directed to close this case.

IT IS SO ORDERED.

Dated:  **July 3, 2019**              /s/ Erica P. Grosjean
                                                          UNITED STATES MAGISTRATE JUDGE

1